IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Reinhardt Brown,<br><br>Plaintiff,<br><br>v.<br><br>George E. Cooper and Robert Nance<br>In their individual capacities,<br><br>Defendants. | Civil Action No. 5:10-2929-MBS |

**NOTICE OF REMOVAL OF A CIVIL ACTION**

The United States, by and through the United States Attorney for the District of South Carolina, would respectfully show:

1. Robert Nance has been named as a Defendant in an action now pending in the Court of Common Pleas, Orangeburg County, South Carolina, entitled Brown v. George E. Cooper and Robert Nance., Civil Action No. 10-CP-38-0225. Robert Nance is an agent and/or employee of the United States of America in that he is the District Director of the Office of United States Congressman James E. Clyburn.

2. The Complaint alleges two tort causes of action related to Mr. Nance's acts or omissions as an assistant to Congressman Clyburn. The Complaint is attached as Exhibit 1.

3. The Attorney General of the United States, by the United States Attorney for the District of South Carolina, has certified, pursuant to 28 U.S.C. § 2679(d) that defendant Robert Nance was acting within the scope of his employment as a federal employee of the United States House of Representatives at the time of the incidents alleged in the Complaint. A copy of the

Certification of Scope of Employment filed pursuant to 28 U.S.C. 2679(d) is attached hereto as Exhibit 2.

4. 28 U.S.C. § 2679(d)(2) provides that, upon certification by the Attorney General, any civil action or proceeding commenced in a state court shall be removed without bond at any time before trial to the district court of the United States of the district and division embracing the place in which the action or proceeding is pending and that the action or proceeding shall be deemed an action or proceeding against the United States under provisions of Title 28 and all references thereto.

5. The above-captioned action is one which may be removed without bond to this Court pursuant to 28 U.S.C. § 2679(d), for the reason that Plaintiff seeks judgment for damages allegedly resulting from acts or omissions by defendant Robert Nance while he was acting within the scope of his employment with the United States House of Representatives. Remedy by suit within the meaning of 28 U.S.C. § 2679(b) is, therefore, available to the Plaintiff against the United States.

6. This petition for removal is predicated upon the following federal defenses:

(a) Defendant Robert Nance is entitled to enjoy absolute immunity from suit under the Federal Tort Claims Act, 28 U.S.C. § 2671. Immunity is a federal defense which provides the basis for removal of this action from state court to this Court pursuant to 28 U.S.C. § 1442(a)(1).

(b) Because the actions complained of arose out of Defendant Nance's course of employment with the United States House of Representatives, Defendant Nance is entitled to have the United States of America substituted as the party defendant pursuant to the Federal Employees Liability Reform and Tort Compensation Act of 1988 (P.L. 100-694).

7. This action is one arising under the Constitution and Laws of the United States and is, therefore, an action over which the District Courts of the United States have original jurisdiction.

See 28 U.S.C. § 1331. It is removable pursuant to 28 U.S.C. §1441(a), (b).

WHEREFORE, the United States, on behalf of Robert Nance, hereby removes the above-captioned action pending in state court to the United States District Court pursuant to 28 U.S.C. §§ 1331, 1346(b)(1), 1442(a)(1).

Respectfully Submitted,

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

By S/ Christie V. Newman
Christie V. Newman (#5473)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
(803) 929-3000

November 10, 2010
Columbia, South Carolina

******************************************************************************

Pursuant to 28 U.S.C. § 1446(d), the Clerk of Court of Orangeburg County, South Carolina, has been provided a copy of this Notice of Removal.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Reinhardt Brown, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. ________________ |
| | ) | |
| George E. Cooper and Robert Nance | ) | |
| In their individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| ___________________________________ | ) | |

CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that she has caused service of the attached Notice of Removal by a legal assistant employed in the Office of the United States Attorney for the District of South Carolina and is a person of such age and discretion as to be competent to serve papers.

That on November 10, 2010, my legal assistant served copies of the foregoing documents by placing said copies in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es), and by depositing said envelope and contents in the United States Mail at U.S. Attorney's Office, 1441 Main Street, Suite 500, Columbia, SC 29201, to the following:

By: s/ Christie V. Newman
Christie V. Newman (#5473)
Assistant United States Attorney

The Honorable Winnifra B. Clark
Clerk of Court of Orangeburg County
P.O. Box 9000
Orangeburg, SC 29116

Benjamin M. Mabry, Esquire
P.O. Box 11675
Columbia, SC 29210
Attorney for Plaintiff

Vance Bettis, Esquire
900 Elmwood Ave., Suite 100
Columbia, SC 29201
Attorney for Defendant Cooper